441 A.2d 794

Schohn, et al., Appellants v. Mazzarini, et al. v. Jackson.
Petition for Allowance of Appeal Denied May 3, 1982.

Argued April 30, 1981. William G. Boyle, for appellants; Michael J. Kearney, Jr., for Mazzarini, et. al., appellees; Frederick N. Egler, for Jackson, appellee.

Before CERCONE, P. J., BROSKY and HOFFMAN, JJ.
Order affirmed.

January 29, 1982.

441 A.2d 794

Christ Community Baptist Church, Appellant v. Richer et al.

Argued March 12, 1980. D. Bruce Hanes, for appellant; John C. Butera, for appellees.

Before SPAETH, BROSKY and VAN der VOORT, JJ.
Decree affirmed.

SPAETH, J., concurred in the result.